# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

March 30, 2012

144160 & (22)

GWENDOLYN McCLENDON, as Personal
Representative of the Estate of RHONDA
TOLBERT, Deceased,
                Plaintiff-Appellee,

v

DIMITRIOS APOSTOLOU, M.D., WALTER
FRASHER, PA-C, PETER MANCINI II, M.D.,
and HARPER HUTZEL HOSPITAL,
                Defendants,

and

ALLEN WILLIAMS, M.D. and MERCY
MEMORIAL HOSPITAL CORPORATION,
                Defendants-Appellants.

SC: 144160
COA: 305984
Wayne CC: 02-226917-NH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 28, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the order of the Wayne Circuit Court granting the plaintiff's motion to reinstate the complaint, because the delay in filing the motion, in excess of three and one half years, was unjustified. We REMAND this case to that court for entry of an order granting the defendants' motion to dismiss.

MARILYN KELLY and HATHAWAY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2012

_____
Clerk

d0327